IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TAMMY JULIE GARCIA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NANCY ANN MORALES, et al.,<br><br>　　　　　　Defendants. | **ORDER ADOPTING [4] REPORT AND RECOMMENDATION**<br><br>Case No. 2:20-cv-00760-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett. |

　　　　The Report and Recommendation[1] issued by United States Magistrate Judge Jared C. Bennett on December 3, 2020 recommends that that this action be DISMISSED under the authority of the IFP Statute. 28 U.S.C. § 1915(e)(2)(B)(ii); DUCivR 3-2(c).[2]

　　　　The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[3] No party filed an objection.

　　　　Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusion of the Magistrate Judge are sound, the Report and Recommendation of Magistrate Judge Bennett is adopted in its entirety.

　　　　IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED. This action is DISMISSED under the authority of the IFP Statute. 28 U.S.C. § 1915(e)(2)(B)(ii); DUCivR 3-2(c)

---

[1] Report and Recommendation, ECF No. 4, filed December 3, 2020.

[2] *Id.* at 14.

[3] *Id.*

[4] Report and Recommendation, ECF No. 4, filed December 3, 2020.

The clerk is directed to close the case.

Signed February 1, 2021.

BY THE COURT

_____
David Barlow
United States District Judge